1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff Melody VanHouten

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY VANHOUTEN,<br><br>   Plaintiff,<br><br>  v.<br><br>FIRST PREMIER BANK,<br><br>   Defendant. | Case No.: 5:17-cv-02939-HRL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT FIRST PREMIER BANK; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Melody VanHouten and defendant First Premier Bank that First Premier Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT FIRST PREMIER BANK; [PROPOSED] ORDER -1-

DATED: August 11, 2017 **Sagaria Law, P.C.**

By: */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Melody VanHouten

DATED: August 11, 2017 **Haight Brown & Bonesteel**

By: */s/ William Ernest Ireland*
William Ernest Ireland
Attorney for Defendant First Premier Bank

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that William Ernest Ireland has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, First Premier Bank is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

Hon. Howard R. Lloyd
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT FIRST PREMIER BANK; [PROPOSED] ORDER -2-